**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert J. McGrody Jr.  
      Teresa M. McGrody

CHAPTER 13

BKY. NO. 19-11489 AMC

<u>DebtorS</u>

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

    Respectfully submitted,  
    **/s/ Kevin G. McDonald, Esq.**  
    Kevin G. McDonald, Esquire  
    KML Law Group, P.C.  
    701 Market Street, Suite 5000  
    Philadelphia, PA 19106-1532  
    (215) 627-1322