IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
Robert J. McGrody
Teresa M. McGrody                          : Chapter 13
                                                    :
                                                    : Bankruptcy No: 19-11489-amc

**O R D E R**

AND NOW, this  27th  day of  March  2019, upon consideration of Debtors Motion, it is hereby,

ORDERED AND DECREED that debtors shall be allowed an extension of time until 4/8/19, by which date all required documents must be filed.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE