IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Robert & Teresa McGrody | : | |
| | : | No. 19-11489 |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1**

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date: 4/3/19

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtors*