IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Robert McGrody | | |
| Teresa McGrody | : | |
| | : | No. 19-11489-amc |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that a true and correct copy of the Motion and Court Order dated June 5, 2019, scheduling an Expedited Hearing on the Debtor's Motion, was served upon all parties of interest, including all creditors by first class regular mail on June 5, 2019.

Date: 6/6/19                                        /s/ Erik B. Jensen
                                                    Erik B. Jensen, Esquire
                                                    *Attorney for Debtors*