## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **ROBERT J. McGRODY, JR.**          :    Case No.**19-11489AMC**
      **TERESA M. McGRODY**                  :
           Debtors          :    Chapter 13

## <u>NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE</u>

Debtors, by their attorney, Erik B. Jensen, Esquire, have filed a Motion to Turnover Funds.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before September 12, 2019 you or you attorney must do all of the following:

(a) file an answer explaining your position at:
Office of the Clerk
U.S. Bankruptcy Court
Suite 400
900 Market Street
Philadelphia PA 19107

If you mail your answer to the Bankruptcy Clerk office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)   mail a copy to the Movant's attorney:
Erik B. Jensen, Esquire
1500 Walnut Street, Suite 1920
Philadelphia, PA 19102

William C. Miller, Trustee
PO Box 1229
Philadelphia PA 19105

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1 (b) above and attended the hearing, the court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on September 17, 2019 at 11 AM in Courtroom 4, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: August 29, 2019