UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **ROBERT J. McGRODY, JR.**     :   Case No.19-11489AMC
       **TERESA M. McGRODY**            :
                             Debtors    :   Chapter 13

## ORDER

**AND NOW,** upon hearing presented before this Court on this\_\_\_\_\_ day of _____ 2019, upon Motion to Turn Over Assets filed by the Trustee on behalf of the Debtors, through the duly designated and auxiliary authority granted upon Jensen Bagnato PC,

**AND THE COURT,** having heard from the Debtors in support of the Motion, and any Creditors in opposition thereto, and after due deliberation and upon all of the pleadings, evidence, and arguments of counsel, it is now **ORDERED** that the Motion of the Debtors be and hereby is

**GRANTED,** and that the below creditors shall turn over to the Standing Trustee, WILLIAM C. MILLER, ESQUIRE within twenty (20) days as follows:

1. Robert Mattison Trust in the amount of $160,000.00,

2. Ford Motor Credit in the amount of $19,100.00,

3. Penn Home Remodeling, LLC in the amount of $8,000.00,

4. Pennsylvania Unemployment Office in the amount of $1,350.00

5. Wallace & Associates in the amount of $1,150.00,

6. Internal Revenue Service in the amount of $585.00,

7. Defendants personal use of funds listed in the instant Motion shall be incorporated into

the Debtors Chapter 13 Plan for repayment unless otherwise exempt under the code.

By the Court:

_____
THE HONORABLE ASHELY M. CHAN

**Date: September 17, 2019**