United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11489-amc
Robert J. McGrody, Jr.                                                Chapter 13
Teresa M. McGrody
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Sep 17, 2019
                              Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb         +Robert J. McGrody, Jr.,    Teresa M. McGrody,    2017 Bleigh Avenue,
                 Philadelphia, PA 19152-4201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
          ERIK B. JENSEN    on behalf of Debtor Robert J. McGrody, Jr. akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          ERIK B. JENSEN    on behalf of Joint Debtor Teresa M. McGrody akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          KEVIN G. MCDONALD    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **ROBERT J. McGRODY, JR.**          :  Case No.19-11489AMC
       **TERESA M. McGRODY**               :
                               Debtors  :  Chapter 13

## ORDER

**AND NOW,** upon hearing presented before this Court on this____ day of _____2019, upon Motion to Turn Over Assets filed by the Trustee on behalf of the Debtors, through the duly designated and auxiliary authority granted upon Jensen Bagnato PC,

**AND THE COURT**, having heard from the Debtors in support of the Motion, and any Creditors in opposition thereto, and after due deliberation and upon all of the pleadings, evidence, and arguments of counsel, it is now **ORDERED** that the Motion of the Debtors be and hereby is **GRANTED**, and that the below creditors shall turn over to the Standing Trustee, WILLIAM C. MILLER, ESQUIRE within twenty (20) days as follows:

1. Robert Mattison Trust in the amount of $160,000.00 ,

2. Ford Motor Credit in the amount of $19,100.00,

3. Penn Home Remodeling, LLC in the amount of $8,000.00,

4. Pennsylvania Unemployment Office in the amount of $1,350.00

5. Wallace & Associates in the amount of $1,150.00,

6. Internal Revenue Service in the amount of $585.00,

7. Defendants personal use of funds listed in the instant Motion shall be incorporated into

the Debtors Chapter 13 Plan for repayment unless otherwise exempt under the code.

By the Court:

**Date: September 17, 2019**

_____
THE HONORABLE ASHELY M. CHAN