# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ROBERT J. MCGRODY, JR. | ) | Case No. 19-11489-amc |
| TERESA M. MCGRODY, | ) | |
| | ) | |
| Debtor s | ) | |
| _____ | ) | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of creditors Michael Cocozza and Shawn Mattison, Co-Trustees of Robert D. Mattison Trust in connection with the above-referenced matter. Shawn Rodgers, Esq. of Goldstein Law Partners, LLC entered his appearance as counsel on behalf of Michael Cocozza and Shawn Mattison, Co-Trustees of Robert D. Mattison Trust in this matter on January 14, 2020.

**MURLAND & ASSOCIATES, LLC**

Date: January 18, 2020          By:     /s/ *Chris Suprenuk*
                                        Christian P. Suprenuk
                                        Murland & Associates, LLC
                                        400 Greenwood Avenue
                                        Wyncote, PA  19095

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ROBERT J. MCGRODY, JR. | ) | Case No. 19-11489-amc |
| TERESA M. MCGRODY, | ) | |
| | ) | |
| Debtor s | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

    I, Christian P. Suprenuk, Esq., hereby certify that I caused true and correct copies of the foregoing Withdrawal of Appearance to be served, via the Court's electronic filing system, on the following parties as follows on the date noted below:

Erik B. Jensen, Esq.
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1920
Philadelphia, PA 19102
(Counsel for Debtors)

and

Jack K. Miller, Esq.
The Bourse Building
111 S. Independence Mall East
Philadelphia, PA 19106
(Counsel for William C. Miller, Esq., Standing Trustee)

and

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19103
(United States Trustee)

and

Kevin G. McDonald, Esq.
KML Law Group, P.C.
The Lits Building
701 Market Street, Suite 5000
Philadelphia, PA 19106
(Counsel for Creditor Lakeview Loan Servicing, LLC)

and

Shawn M. Rodgers, Esq.
Goldstein Law Partners, LLC
11 Church Road
Hatfield, PA 19440
(Counsel for creditors Michael Cocozza and Shawn Mattison,
Co-Trustees of Robert D. Mattison Trust)


Date:  <u>January 18, 2020</u>                           By:        <u>/s/ *Chris Suprenuk*</u>