UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :
                                               :     Chapter 13
    Robert J. & Teresa M. McGrody              :
                                               :     Bankruptcy No. 19-11489 AMC
        Debtors.                               :

## ORDER

Upon consideration of the impermissible distribution of funds in connection with the unauthorized sale of Debtor's rights to distribute products of Pepperidge Farm, the Debtors' motion to turnover such funds ("Motion") which has now been objected to by certain creditors who allegedly did not receive notice of the hearing on the Motion, and the Chapter 13 Trustee's belief that this case should be converted to a chapter 7 case, the Court hereby enters this order to show cause why this case should not be converted to a chapter 7 case and further orders:

1. If any party opposes the conversion of this case to a chapter 7 case, such party shall file such opposition on or before February 11, 2020; and

2. A hearing will be held on this show cause order on February 25, 2020 at 11 a.m.

Dated: January 21, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge