United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-11489-amc
Robert J. McGrody, Jr.                                              Chapter 13
Teresa M. McGrody
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey                 Page 1 of 2              Date Rcvd: Jan 22, 2020
                               Form ID: pdf900              Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db/jdb         +Robert J. McGrody, Jr.,    Teresa M. McGrody,    2017 Bleigh Avenue,
                 Philadelphia, PA 19152-4201
cr             +Michael Cocozza and Shawn Mattison, Co-Trustees of,    c/o Michael Cocozza,    49 Curtmantle Road,
                 Mickleton, NJ 08056-1263
14285863       +Citicards Cbna,    Citi Bank,   Po Box 6077,    Sioux Falls, SD 57117-6077
14285866       +Daniel Santucci,    One International Plaza 5th fl,    Philadelphia, PA 19113-1510
14285868       +Dept of Revenue,    PO box 148,   Philadelphia, PA 19105-0148
14305540      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: FORD MOTOR CREDIT COMPANY LLC,    PO BOX 62180,
                 COLORADO SPRINGS, CO 80962-4400)
14285870       +Ford Motor Credit,    PO Box 17948,   Greenville, SC 29606-8948
14285873       +Joshua McNamara,    Two Industrial Way West,    Eatontown, NJ 07724-2265
14291203       +LAKEVIEW LOAN SERVICING, LLC,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14412477        Michael Cocozza and Shawn Mattison,,    Co-Trustees of Robert D Mattison Trust,
                 c/o Chistian P. Suprenuk, Esquire,    610 Old York Road, Suite 340,    Jenkintown, PA  19046
14412881        Michael Cocozza and Shawn Mattison,,    C/O CHRISTIAN P. SUPRENUK,    Goldstein Law Partners, LLC,
                 610 Old York Road, Ste. 340,    Jenkintown, PA 19046
14452375       +Michael Cocozza and Shawn Mattison, Co-Trustees of,    C/O SHAWN M. RODGERS,    11 Church Road,
                 Hatfield, PA 19440-1206
14285876       +Paul Klemm,    2 Industrial Way West,    PO Box 500,   Eatontown, NJ 07724-0500
14315476       +Unifund CCR,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2020 03:57:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14285864        E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:49     City of Philadelphia,
                 1401 JFK Blvd. 5th Fl,    Philadelphia, PA 19102
14369619       +E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:49
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14285859       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 03:54:50      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14293456       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 03:54:55
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14285865       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2020 03:53:51      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
14285867        E-mail/PDF: DellBKNotifications@resurgent.com Jan 23 2020 03:53:50
                 Dell Financial Services LLC,    Attn: President/CEO,    Po Box 81577,   Austin, TX 78708
14292553        E-mail/Text: mrdiscen@discover.com Jan 23 2020 03:57:04     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
14285869       +E-mail/Text: mrdiscen@discover.com Jan 23 2020 03:57:04     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14285871        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jan 23 2020 03:57:02
                 Gateway One Lending & Finance,    175 North Riverview Drive,    Suite 100,   Anaheim, CA 92808
14285872       +E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 03:57:08     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14324403        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 03:53:52      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14327340        E-mail/Text: camanagement@mtb.com Jan 23 2020 03:57:11     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,   Buffalo, NY 14240-0840
14285874        E-mail/Text: camanagement@mtb.com Jan 23 2020 03:57:11      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
14285875       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2020 03:57:30     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14312736       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2020 03:57:30     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14305098        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 03:57:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 18
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
```

```
District/off: 0313-2           User: Stacey               Page 2 of 2                    Date Rcvd: Jan 22, 2020
                               Form ID: pdf900            Total Noticed: 32
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
14285860*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14285861*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14285862*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14314582*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
                                                                                              TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Robert J. McGrody, Jr. akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Joint Debtor Teresa M. McGrody akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SHAWN M. RODGERS    on behalf of Creditor    Michael Cocozza and Shawn Mattison, Co-Trustees of the
               Robert D. Mattison Trust srodgers@goldsteinlp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: Chapter 13
Robert J. & Teresa M. McGrody :
: Bankruptcy No. 19-11489 AMC
Debtors. :

## ORDER

Upon consideration of the impermissible distribution of funds in connection with the unauthorized sale of Debtor's rights to distribute products of Pepperidge Farm, the Debtors' motion to turnover such funds ("Motion") which has now been objected to by certain creditors who allegedly did not receive notice of the hearing on the Motion, and the Chapter 13 Trustee's belief that this case should be converted to a chapter 7 case, the Court hereby enters this order to show cause why this case should not be converted to a chapter 7 case and further orders:

1. If any party opposes the conversion of this case to a chapter 7 case, such party shall file such opposition on or before February 11, 2020; and

2. A hearing will be held on this show cause order on February 25, 2020 at 11 a.m.

Dated: January 21, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge