IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>    ROBERT J. MCGRODY, JR.,<br>    TERESA M. MCGRODY<br><br>    Debtors, | )<br>)<br>) Case No.: 19-11489-AMC<br>)<br>) Chapter 13<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF NO RESPONSE TO MOTION FOR RELIEF
### FROM JUDGMENT ORDER FILED BY ROBERT D. MATTISON TRUS
### FRBP 9024 / FRCP 60

I hereby certify that no answer, objection, or response has been filed to the Motion for Relief from Judgment Order dated September 17, 2019, filed by the Robert D. Mattison Trust pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024, nor has the same been served upon Movant's counsel.

WHEREFORE, the Robert D. Mattison Trust prays this Honorable Court for an order granting it relief from the Judgment Order, dated September 17, 2019, as requested in the Motion.

/s/ *Shawn M. Rodgers*
Shawn M. Rodgers, Esquire
Attorney I.D. 307598
GOLDSTEIN LAW PARTNERS, LLC
11 Church Road
Hatfield, PA 19440
Phone 610.949.0444
Fax: 610.296.7730
Email: srodgers@goldsteinlp.com

*Counsel for the Robert D. Mattison Trust*

Date: February 24, 2020

Copies served this date to:

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
jmiller@ph13trustee.com
terry@ph13trustee.com


Erik B. Jensen, Esq.
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102
erik@jensenbagnatolaw.com