# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| | ) Case No.: 19-11489-AMC |
| **ROBERT J. MCGRODY, JR.,** | ) |
| **TERESA M. MCGRODY** | ) Chapter 13 |
| | ) |
| **Debtors,** | ) |
| | ) |

## ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of the Motion for Relief from the Order entered on September 17, 2019, pursuant to Rule 60 of the Federal Rules of Civil Procedure, and Rule 9024 of the Federal Rules of Bankruptcy Procedure, filed by the ROBERT D. MATTISON TRUST, and for good cause shown and to avoid unjust enrichment of Debtors of the Bankruptcy Estate, it is Ordered and Decreed that motion is **GRANTED**.

The Robert D. Mattison Trust, not having received notice, and Debtors having received valuable consideration for the funds they tendered to the Trust, the Order dated September 17, 2019 (ECF No. 49) is hereby **VACATED** to the extent it requires the Robert D. Mattison Trust to turn over any funds to the Chapter 13 Trustee or any other person or entity.

It is so **ORDERED**.

BY THE COURT:

_____
U.S. BANKRUPTCY COURT

**Interested Parties:**

Shawn M. Rodgers, Esquire
Attorney I.D. 307598
GOLDSTEIN LAW PARTNERS, LLC
11 Church Road
Hatfield, PA 19440
Phone 610.949.0444
Fax: 610.296.7730
Email: srodgers@goldsteinlp.com

*Counsel for the Robert D. Mattison Trust*

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
jmiller@ph13trustee.com
terry@ph13trustee.com

Erik B. Jensen, Esq.
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102
erik@jensenbagnatolaw.com