United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 19-11489-amc
Robert J. McGrody, Jr.                                                        Chapter 13
Teresa M. McGrody
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: SaraR            Page 1 of 1              Date Rcvd: May 13, 2020
                               Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14285871        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com May 14 2020 03:52:17
                Gateway One Lending & Finance,     175 North Riverview Drive,     Suite 100,     Anaheim, CA 92808
                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
    ERIK B. JENSEN    on behalf of Debtor Robert J. McGrody, Jr. akeem@jensenbagnatolaw.com,
      camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
      com;jensener79956@notify.bestcase.com
    ERIK B. JENSEN    on behalf of Joint Debtor Teresa M. McGrody akeem@jensenbagnatolaw.com,
      camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
      com;jensener79956@notify.bestcase.com
    HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
      229ecf@glpoc.comcastbiz.net
    JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
      ecfemails@ph13trustee.com
    KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
    SHAWN M. RODGERS    on behalf of Creditor    Michael Cocozza and Shawn Mattison, Co-Trustees of the
      Robert D. Mattison Trust srodgers@goldsteinlp.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                            TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-11489-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert J. McGrody, Jr.
2017 Bleigh Avenue
Philadelphia PA 19152

Teresa M. McGrody
2017 Bleigh Avenue
Philadelphia PA 19152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/12/2020.

Name and Address of Alleged Transferor(s):

Claim No. 13: Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808

Name and Address of Transferee:

SantanderConsumerUSA Inc
successor in interest to
Gateway,One Lending&Finance,LLC
P.O. Box 961245
Fort Worth, TX 76161-1245

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/15/20

Tim McGrath
**CLERK OF THE COURT**