UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT J. MCGRODY, JR.                NO. 19-11489 AMC
    TERESA M. MCGRODY                     CHAPTER 13

*ORDER GRANTING RELIEF FROM JUDGMENT ORDER, FRBP 9024/FRCP 60*

In consideration of the Motion of Ford Motor Credit Company, LLC ("Ford Credit") for Relief from Judgment and for good cause shown and to avoid unjust enrichment of Debtor or the Bankruptcy Estate, it is ORDERED:

The Motion is granted. Ford Credit having released its secured interests and Debtor having received valuable consideration for funds tendered by Debtor to Ford Credit, the Order dated September 17, 2019 [Doc 49] is vacated to the extent it requires Ford Credit to turn over any funds to the Chapter 13 Trustee or any other person or entity.

BY THE COURT:

**Date: May 27, 2020**

_____
Bankruptcy Judge

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  19105

Erik B. Jensen, Esquire
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA  19102