United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 19-11489-amc
Robert J. McGrody, Jr.                                         Chapter 13
Teresa M. McGrody
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: SaraR               Page 1 of 1            Date Rcvd: May 28, 2020
                              Form ID: pdf900           Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db/jdb         +Robert J. McGrody, Jr.,    Teresa M. McGrody,    2017 Bleigh Avenue,
                 Philadelphia, PA 19152-4201
cr             +Michael Cocozza and Shawn Mattison, Co-Trustees of,   c/o Michael Cocozza,    49 Curtmantle Road,
                 Mickleton, NJ 08056-1263
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
cr              Santander Consumer USA, Inc., successor in interes
                                                                                       TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Joint Debtor Teresa M. McGrody akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Debtor Robert J. McGrody, Jr. akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SHAWN M. RODGERS    on behalf of Creditor    Michael Cocozza and Shawn Mattison, Co-Trustees of the
                Robert D. Mattison Trust srodgers@goldsteinlp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ROBERT J. MCGRODY, JR.                        NO. 19-11489 AMC
   TERESA M. MCGRODY                            CHAPTER 13

*ORDER GRANTING RELIEF FROM JUDGMENT ORDER, FRBP 9024/FRCP 60*

In consideration of the Motion of Ford Motor Credit Company, LLC ("Ford Credit") for Relief from Judgment and for good cause shown and to avoid unjust enrichment of Debtor or the Bankruptcy Estate, it is ORDERED:

The Motion is granted. Ford Credit having released its secured interests and Debtor having received valuable consideration for funds tendered by Debtor to Ford Credit, the Order dated September 17, 2019 [Doc 49] is vacated to the extent it requires Ford Credit to turn over any funds to the Chapter 13 Trustee or any other person or entity.

BY THE COURT:

**Date: May 27, 2020**

_____
Bankruptcy Judge

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

Erik B. Jensen, Esquire
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102