```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                            Case No. 19-11489-amc
Robert J. McGrody, Jr.                                            Chapter 13
Teresa M. McGrody
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2       User: SaraR              Page 1 of 2            Date Rcvd: Sep 18, 2020
                           Form ID: 152             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db/jdb        +Robert J. McGrody, Jr.,    Teresa M. McGrody,    2017 Bleigh Avenue,
               Philadelphia, PA 19152-4201
cr            +Michael Cocozza and Shawn Mattison, Co-Trustees of,    c/o Michael Cocozza,   49 Curtmantle Road,
               Mickleton, NJ 08056-1263
14285863      +Citicards Cbna,   Citi Bank,    Po Box 6077,   Sioux Falls, SD 57117-6077
14285866      +Daniel Santucci,   One International Plaza 5th fl,    Philadelphia, PA 19113-1510
14285868      +Dept of Revenue,   PO box 148,    Philadelphia, PA 19105-0148
14305540     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD MOTOR CREDIT COMPANY LLC,    PO BOX 62180,
               COLORADO SPRINGS, CO 80962-4400)
14285870      +Ford Motor Credit,   PO Box 17948,    Greenville, SC 29606-8948
14285873      +Joshua McNamara,   Two Industrial Way West,    Eatontown, NJ 07724-2265
14291203      +LAKEVIEW LOAN SERVICING, LLC,    C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14412477       Michael Cocozza and Shawn Mattison,,    Co-Trustees of Robert D Mattison Trust,
               c/o Chistian P. Suprenuk, Esquire,    610 Old York Road, Suite 340,   Jenkintown, PA 19046
14412881       Michael Cocozza and Shawn Mattison,,    C/O CHRISTIAN P. SUPRENUK,   Goldstein Law Partners, LLC,
               610 Old York Road, Ste. 340,    Jenkintown, PA 19046
14452375      +Michael Cocozza and Shawn Mattison, Co-Trustees of,    C/O SHAWN M. RODGERS,   11 Church Road,
               Hatfield, PA 19440-1206
14285876      +Paul Klemm,   2 Industrial Way West,    PO Box 500,   Eatontown, NJ 07724-0500
14502180      +SantanderConsumerUSA Inc,    successor in interest to,   Gateway,One Lending&Finance,LLC,
               P.O. Box 961245,   Fort Worth, TX 76161-0244
14315476      +Unifund CCR,   10625 Techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 19 2020 05:30:55     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2020 05:30:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14285864       E-mail/Text: megan.harper@phila.gov Sep 19 2020 05:30:54     City of Philadelphia,
               1401 JFK Blvd. 5th Fl,    Philadelphia, PA 19102
14369619       E-mail/Text: megan.harper@phila.gov Sep 19 2020 05:30:55
               CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1595
14285859      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2020 05:41:14     Capital One,
               Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
14293456      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2020 05:41:00
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14285865      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2020 05:41:00     Credit One Bank,
               Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
14285867       E-mail/PDF: DellBKNotifications@resurgent.com Sep 19 2020 05:41:00
               Dell Financial Services LLC,    Attn: President/CEO,   Po Box 81577,   Austin, TX 78708
14292553       E-mail/Text: mrdiscen@discover.com Sep 19 2020 05:30:13     Discover Bank,
               Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
14285869      +E-mail/Text: mrdiscen@discover.com Sep 19 2020 05:30:13     Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
14285871       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 19 2020 05:30:10
               Gateway One Lending & Finance,    175 North Riverview Drive,   Suite 100,   Anaheim, CA 92808
14285872      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 19 2020 05:30:17     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
14324403       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2020 05:40:59     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14327340       E-mail/Text: camanagement@mtb.com Sep 19 2020 05:30:20     Lakeview Loan Servicing, LLC,
               c/o M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
14285874       E-mail/Text: camanagement@mtb.com Sep 19 2020 05:30:20     M & T Bank,   Attn: Bankruptcy,
               Po Box 844,   Buffalo, NY 14240
14285875      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2020 05:30:43     Midland Funding,
               2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14312736      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2020 05:30:43     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14305098       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2020 05:30:26
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            LakeView Loan Servicing, LLC
cr            Santander Consumer USA, Inc., successor in interes
```

```
District/off: 0313-2                  User: SaraR                    Page 2 of 2                  Date Rcvd: Sep 18, 2020
                                      Form ID: 152                   Total Noticed: 33

smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14285860*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14285861*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14285862*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14314582*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,    Greenville, SC 29603-0390)
                                                                                              TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Robert J. McGrody, Jr. jeffrey@jensenbagnatolaw.com,
               jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Joint Debtor Teresa M. McGrody jeffrey@jensenbagnatolaw.com,
               jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              HOWARD GERSHMAN    on behalf of Creditor   Ford Motor Credit Company LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SHAWN M. RODGERS    on behalf of Creditor   Michael Cocozza and Shawn Mattison, Co-Trustees of the
                Robert D. Mattison Trust srodgers@goldsteinlp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert J. McGrody, Jr. and Teresa M. McGrody

    Debtor(s)

Case No: 19–11489–amc

Chapter: 13

_____

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/17/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

112
Form 152