IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
:
Robert J. McGrody, Jr.
Teresa M. McGrody :
: No. 19-11489-amc
Debtor :

## CERTIFCATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that I caused a true and correct copy of the Debtor's Amended Chapter 13 Plan to be served upon the following parties as per the Claims Register, via first class regular mail on September 4, 2020:

Discover Bank
Discover Products Inc
Attn: Kyle Beckman
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
Attn: Ashley Boswell
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Internal Revenue Service
Attn: John Lindinger
PO Box 7346
Philadelphia, PA 19101

Pennsylvania Department of Revenue
Bankruptcy Division – Attn: Hiroo S. Sharma
PO Box 280946
Harrisburg, PA 17128-0946

FORD MOTOR CREDIT COMPANY LLC
Attn: Rachel Lacy
PO BOX 62180
COLORADO SPRINGS, CO 80962-4400

Midland Funding LLC
Attn: Ayla Marie Whiteside
PO Box 2011
Warren, MI 48090

Dell Financial Services, LLC
Attn: David Lamb
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Unifund CCR
Attn: EPOC Administrator
10625 Techwoods Circle
Cincinnati, OH 45242

LVNV Funding, LLC
Resurgent Capital Services
Attn: David Lamb
PO Box 10587
Greenville, SC 29603-0587

Santander Consumer USA Inc
successor in interest to
Gateway, One Lending & Finance, LLC
Attn: Stephanie Acuna
P.O. Box 961245
Fort Worth, TX 76161-1245
Date: 11/11/2020

Lakeview Loan Servicing, LLC
Att: Kevin McDonald
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Michael Cocozza and Shawn Mattison,
Co-Trustees of Robert D Mattison Trust
c/o Chistian P. Suprenuk, Esquire
Attn: Christian Suprenuk
610 Old York Road, Suite 340
Jenkintown, PA 19046


Date: 11/11/2020               /s/ Erik B. Jensen
                               Erik B. Jensen, Esquire