# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert J. McGrody, Jr.<br>Teresa M. McGrody<br><br>        Debtors<br><br>LAKEVIEW LOAN SERVICING, LLC<br><br>        Movant<br>  vs.<br><br>Robert J. McGrody, Jr.<br>Teresa M. McGrody<br><br>        Debtors<br><br>William C. Miller, Esquire<br><br>        Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-11489 AMC<br><br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about June 12, 2020 (Document No. 30).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

November 13, 2020