**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

    Robert & Teresa McGrody          Chapter: 13
                                                 Bky No.:19-11489-AMC

                                    Debtor(s).

## ORDER

      **AND NOW,** this _____ day of _____, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

      **ORDERED** that counsel fees in the amount $4,000.00 less $0.00 already paid with a remaining balance of $4,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**Date: November 18, 2020**

                                              **BY THE COURT:**

                                              _____
                                              Hon. Ashely M. Chan
                                              **U.S. BANKRUPTCY JUDGE**

**CC:**    **Jensen Bagnato, P.C.**
           **ERIK B. JENSEN, ESQUIRE**
           **1500 Walnut Street**
           **Suite 1920**
           **Philadelphia, PA   19102**

           William C. Miller, Esquire
           Chapter 13 Trustee
           Post Office Box 40119
           Philadelphia, PA 19106

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*