United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert J. McGrody, Jr.  
Teresa M. McGrody  
    Debtor(s)

Case No. 19-11489-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Nov 18, 2020      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J. McGrody, Jr., Teresa M. McGrody, 2017 Bleigh Avenue, Philadelphia, PA 19152-4201 |
| cr | + | Michael Cocozza and Shawn Mattison, Co-Trustees of, c/o Michael Cocozza, 49 Curtmantle Road, Mickleton, NJ 08056-1263 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Santander Consumer USA, Inc., successor in interes |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**      **Email Address**

ERIK B. JENSEN  
    on behalf of Joint Debtor Teresa M. McGrody jeffrey@jensenbagnatolaw.com  
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

ERIK B. JENSEN  
    on behalf of Debtor Robert J. McGrody  Jr. jeffrey@jensenbagnatolaw.com,  
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 2 |

HOWARD GERSHMAN
    on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KEVIN G. MCDONALD
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

SHAWN M. RODGERS
    on behalf of Creditor Michael Cocozza and Shawn Mattison  Co-Trustees of the Robert D. Mattison Trust srodgers@goldsteinlp.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

    Robert & Teresa McGrody      Chapter: 13
                                        Bky No.:19-11489-AMC

    Debtor(s).

## ORDER

**AND NOW,** this _____ day of _____, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $0.00 already paid with a remaining balance of $4,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**Date: November 18, 2020**

                                                               **BY THE COURT:**

                                                               _____
                                                               Hon. Ashely M. Chan
                                                               **U.S. BANKRUPTCY JUDGE**

**CC:**    **Jensen Bagnato, P.C.**
          **ERIK B. JENSEN, ESQUIRE**
          **1500 Walnut Street**
          **Suite 1920**
          **Philadelphia, PA   19102**

          William C. Miller, Esquire
          Chapter 13 Trustee
          Post Office Box 40119
          Philadelphia, PA 19106

******************************************